B6F (Official Form 6F) (12/07)

In re _Boley, Keith David and Boley, Diana Louise_ ,                          Case No. _____
                                  **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> _Creditor # : 1_ <br> _Alpine Leasing_ <br> _P. O. Box 13008_ <br> _Newport Beach CA 92658-0429_ | X | C | _2/2009_ <br> _Pers. guaranty of corporate debt_ <br> _Re:  Dida Enterprises Corporation_ | X | X | X | $ 11,912.45 |
| Account No: <br> _Creditor # : 2_ <br> _American Ace_ <br> _1620 N. Main St._ <br> _Orange CA 92867_ | X | C | _9/2008_ <br> _Vendor for business._ <br> _Re:  Dida Enterprises Corporation_ | X | X | X | $ 1,730.21 |
| Account No: <br> _Creditor # : 3_ <br> _AT&T Advertising_ <br> _c/o Stuart A. Katz, Esq._ <br> _20281 SW Birch St., #100_ <br> _Newport Beach CA 92660_ | X | C | _2005 - 2007_ <br> _Pers. guaranty of corporate debt_ <br> _Re:  Dida Enterprise Corporation_ | | | | $ 30,000.00 |
| Account No:    5696 <br> _Creditor # : 4_ <br> _Bank of America_ <br> _P. O. Box 15019_ <br> _Wilmington DE 19886-5019_ | | C | _2003 - 2009_ <br> _Credit Card Purchases_ | | | | $ 8,304.85 |

_8_ continuation sheets attached

|  | Subtotal $ | $ 51,947.51 |
|---|---|---|
|  | **Total $** <br> (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) |  |

B6F (Official Form 6F) (12/07) - Cont.

In re _Boley, Keith David and Boley, Diana Louise_ ,        Case No. _____

    Debtor(s)                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    1240<br>Creditor # : 5<br>Bank of America<br>P. O. Box 15019<br>Wilmington DE 19886-5019 | X | C | 2003 - 2009<br>Credit Card Purchases re business<br>Re:  Dida Enterprises Corporation | | | | $ 6,167.88 |
| Account No:<br>Creditor # : 6<br>Buck, Beverly<br>216 N. Berniece<br>Anaheim CA 92801-5341 | X | C | 1/3/03<br>Loan from mother<br>Re:  Dida Enterprises Corporation | | | | $ 25,000.00 |
| Account No:    3581<br>Creditor # : 7<br>Call Yellow<br>23332 Mill Creek Dr., #250<br>Laguna Hills CA 92653 | X | C | 1/2004<br>Pers. guaranty of corporate debt<br>Re:  Dida Enterprises Corporation | X | X | X | $ 7,400.00 |
| Account No:    0244<br>Creditor # : 8<br>Capital One<br>P. O. Box 60599<br>City of Industry CA 91716-0599 | | C | 2005 - 2009<br>Credit Card Purchases | | | | $ 4,692.73 |
| Account No:    7278<br>Creditor # : 9<br>Chevron<br>P.O. Box 530950<br>Atlanta GA 30353-0950 | | C | 2008 - 2009<br>Credit Card Purchases | | | | $ 1,000.00 |
| Account No:    5671<br>Creditor # : 10<br>CIT<br>P. O. Box 24330<br>Oklahoma City OK 73124-033 | | C | 5/23/06<br>Personal loan | | | | $ 4,922.08 |

Sheet No. _1_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 49,182.69

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)    - Cont.

In re _Boley, Keith David and Boley, Diana Louise_____ ,    Case No. _____
    **Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 11 <br> Dispatch Pro <br> P. O. Box 600264 <br> San Diego CA 92160 | X | C | 2009 <br> Vendor for business. <br> Re:  Dida Enterprises Corporation | X | X | X | $ 2,582.94 |
| Account No:    5895 <br> Creditor # : 12 <br> Dun & Bradstreet <br> P. O. Box 01793 <br> Chicago IL 60675-1793 | X | C | 2009 <br> Vendor for business. <br> Re:  Dida Enterprises Corporation | X | X | X | $ 350.00 |
| Account No: <br> Creditor # : 13 <br> Express Pipe & Supply <br> c/o Philip C. Zvonicek, Esq. <br> 1880 Century Park E., 12th Fl. <br> Los Angeles CA 90067 | X | C | 2007 <br> Pers. guaranty of corporate debt <br> Re:  Dida Enterprises Corporation | X | X | X | $ 11,109.84 |
| Account No: <br> Creditor # : 14 <br> Exxon Mobil <br> P. O. Box 688940 <br> Des Moines IA 50368-8940 | | C | 2009 <br> Credit Card Purchases | | | | $ 1,000.00 |
| Account No:    8735 <br> Creditor # : 15 <br> Fedex <br> P.O. Box 7221 <br> Pasadena CA 91109-7321 | X | C | 2/2009 - 3/2009 <br> Vendor for business. <br> Re:  Dida Enterprises Corporation | X | X | X | $ 208.40 |
| Account No:    1007 <br> Creditor # : 16 <br> Ferguson Enterprises, Inc. <br> c/o Hollins Schechter <br> 1851 E. First St., 6th Fl. <br> Santa Ana CA 92705 | X | C | 2006 - 2007 <br> Judgment on Guaranty <br> Re:  Dida Enterprises Corporation | | | | $ 17,482.17 |

Sheet No.   2  of   8  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 32,733.35

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _Boley, Keith David and Boley, Diana Louise_ ,                    Case No. _____
                    **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 0405 <br> Creditor # : 17 <br> HD Supply <br> 13591 Harbor Blvd. <br> Garden Grove CA 92843 | X | C | 2009 <br> *Vendor for business.* <br> Re: Dida Enterprises Corporation | X | X | X | $ 3,079.36 |
| Account No: 1981 <br> Creditor # : 18 <br> Hirsch Pipe & Supply <br> 15025 Oxnard St., #200 <br> Van Nuys CA 91411 | X | C | 2008 - 2009 <br> *Vendor for business.* <br> Re: Dida Enterprises Corporation | X | X | X | $ 894.57 |
| Account No: <br> Creditor # : 19 <br> Idearc Media <br> P. O. Box 619009 <br> DFW Airport <br> Dallas TX 75261-9009 | X | C | 2008 - 2009 <br> *Pers. guaranty of corporate debt* <br> Re: Dida Enterprises Corporation | X | X | X | $ 9,119.40 |
| Account No: 6731 <br> Creditor # : 20 <br> Idearc Media <br> P. O. Box 619009 <br> DFW Airport <br> Dallas TX 75261-9009 | X | C | 2008 - 2009 <br> *Pers. guaranty of corporate debt* <br> Re: Dida Enterprises Corporation | X | X | X | $ 1,519.90 |
| Account No: 1963 <br> Creditor # : 21 <br> Idearc Media <br> P. O. Box 619009 <br> DFW Airport <br> Dallas TX 75261-9009 | X | C | 2008 - 2009 <br> *Pers. guaranty of corporate debt* <br> Re: Dida Enterprises Corporation | X | X | X | $ 53.35 |
| Account No: 6731 <br> Creditor # : 22 <br> Idearc Media <br> P. O. Box 619009 <br> DFW Airport <br> Dallas TX 75261-9009 | X | C | 2008 - 2009 <br> *Pers. guaranty of corporate debt* <br> Re: Dida Enterprises Corporation | X | X | X | $ 633.95 |

Sheet No. _3_ of _8_ continuation sheets attached to Schedule of                    Subtotal $          $ 15,300.53
Creditors Holding Unsecured Nonpriority Claims                                        Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _Boley, Keith David and Boley, Diana Louise_ ,    Case No. _____
           **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 1465<br>Creditor # : 23<br>Infinity Acceptance Group<br>7863 La Mesa Blvd., #100<br>La Mesa CA 91941 | X | C | 2/16/09<br>Pers. guaranty of corporate debt<br>Re: Dida Enterprises Corporation | X | X | X | $ 8,991.70 |
| Account No:<br>Creditor # : 24<br>Irvine Pipe & Supply<br>2501 South Main St.<br>Santa Ana CA 92707 | X | C | 2008 - 2009<br>Pers. guaranty of corporate debt<br>Re: Dida Enterprises Corporation | X | X | X | $ 4,331.78 |
| Account No: 0055<br>Creditor # : 25<br>KRM Risk Management<br>4270 West Richert, #101<br>Fresno CA 93722 | X | C | 2007 - 2008<br>Pers. guaranty of corporate debt<br>Re: Dida Enterprises Corporation | X | X | X | $ 550.00 |
| Account No:<br>Creditor # : 26<br>Legacy Directories<br>P. O. Box 3297<br>Dana Point CA 92629-3297 | X | C | 2008 - 2009<br>Pers. guaranty of corporate debt<br>Re: Dida Enterprises Corporation | X | X | X | $ 6,208.14 |
| Account No:<br>Creditor # : 27<br>Mars Work Ware<br>P. O. Box 13769<br>Macon GA 31208 | X | C | 3/2009<br>Vendor for business.<br>Re: Dida Enterprises Corporation | X | X | X | $ 206.70 |
| Account No:<br>Creditor # : 28<br>Martin Associates Brokerage<br>1495 E. Warner Ave.<br>Santa Ana CA 92705 | X | C | 2009<br>Pers. guaranty of corporate debt<br>Re: Dida Enterprises Corporation | X | X | X | $ 1,650.00 |

Sheet No. 4 of 8 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 21,938.32

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re *Boley, Keith David and Boley, Diana Louise*                    ,        Case No. _____
                          **Debtor(s)**                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 29 <br> MBF Leasing <br> 132 West 31st, 14th Fl. <br> New York NY 10001-3405 | X | C | 2009 <br> *Pers. guaranty of corporate debt* <br> *Re: Dida Enterprises Corporation* | X | X | X | $ 8,700.00 |
| Account No: 4415 <br> Creditor # : 30 <br> Millennium Alarm <br> 5777 W. Century Blvd. <br> Los Angeles CA 90045 | X | C | 2008 <br> *Alarm system* <br> *Re: Dida Enterprises Corporation* | | | X | $ 450.00 |
| Account No: <br> Creditor # : 31 <br> Money Mailer <br> 843 Glentana Ave. <br> Covina CA 91722-3617 | X | C | 2003 - 2004 <br> *Pers. guaranty of corporate debt* <br> *Re: Dida Enterprises Corporation* | X | X | X | $ 3,125.00 |
| Account No: <br> Creditor # : 32 <br> Mr. Rooter Plumbing <br> 1020 N. University Parks Dr. <br> Waco TX 76707 | X | C | 2008 - 2009 <br> *Pers. guaranty of corporate debt* <br> *Re: Dida Enterprises Corporation* | X | X | X | $ 20,000.00 |
| Account No: <br> Creditor # : 33 <br> My Community <br> 27473 Jasmine Ave. <br> Mission Viejo CA 92692 | X | C | 2009 <br> *Pers. guaranty of corporate debt* <br> *Re: Dida Enterprises Corporation* | X | X | X | $ 2,100.00 |
| Account No: 5959 <br> Creditor # : 34 <br> Office Depot <br> Processing Center <br> Des Moines IA 50364-001 | X | C | 2005 - 2009 <br> *Credit Card Purchases* <br> *Re: Dida Enterprises Corporation* | | | | $ 4,905.88 |

Sheet No. 5 of 8 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 39,280.88

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Boley, Keith David and Boley, Diana Louise_                    ,        Case No. _____
　　　　　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 35<br>Oliver - Mahon Asphalt, Inc.<br>182 Wells Place<br>Costa Mesa CA 92627 | X | C | 2009<br>Vendor for business.<br>Re:  Dida Enterprises Corporation | X | X | X | $ 2,800.00 |
| Account No:<br>Creditor # : 36<br>Pipe Scope<br>33421 Galeon Way<br>Dana Point CA 92629 | X | C | 2009<br>Vendor for business.<br>Re:  Dida Enterprises Corporation | X | X | X | $ 840.00 |
| Account No:    9790<br>Creditor # : 37<br>Plumbers Warehouse<br>Dept. 0893<br>Los Angeles CA 90084-0894 | X | C | 9/2008<br>Pers. guaranty of corporate debt<br>Re:  Dida Enterprises Corporation | X | X | X | $ 1,784.84 |
| Account No:    TE45<br>Creditor # : 38<br>Relining Technologies<br>1036 W. Taft Ave.<br>Orange CA 92865-4121 | X | C | 2009<br>Vendor for business.<br>Re:  Dida Enterprises Corporation | X | X | X | $ 4,800.00 |
| Account No:<br>Creditor # : 39<br>Select Trenchless Pipelines<br>283 Winfield Circle<br>Corona CA 92880 | X | C | 2005 - 2007<br>Vendor for business.<br>Re:  Dida Enterprises Corporation | X | X | X | $ 23,100.00 |
| Account No:<br>Creditor # : 40<br>Staib Backhoe & Excavation<br>P. O. Box 3886<br>San Dimas CA 91773 | X | C | 2007<br>Vendor for business.<br>Re:  Dida Enterprises Corporation | X | X | X | $ 1,300.00 |

Sheet No.　6　of　8　continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 　　　$ 34,624.84

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _Boley, Keith David and Boley, Diana Louise_ ,    Case No. _____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 8613<br>Creditor # : 41<br>Systems & Methods<br>1940 Gaedena Ave.<br>Glendale CA 91204 | X | C | 2007<br>Vendor for business.<br>Re: Dida Enterprises Corporation | X | X | X | $ 812.00 |
| Account No: 7518<br>Creditor # : 42<br>Trench Plate Rental Co.<br>13217 Laureldale Ave.<br>Downey CA 90242 | X | C | 2009<br>Vendor for business.<br>Re: Dida Enterprises Corporation | X | X | X | $ 183.19 |
| Account No: 7518<br>Representing:<br>Trench Plate Rental Co. | | | Continental Commercial Group<br>317 S. Brand Blvd.<br>Glendale CA 91204-1701 | | | | |
| Account No:<br>Creditor # : 43<br>Trimble / At Road<br>P. O. Box 39000 Dept 33209<br>San Francisco CA | X | C | 2009<br>Pers. guaranty of corporate debt<br>Re: Dida Enterprises Corporation | X | X | X | $ 430.81 |
| Account No: 2846<br>Creditor # : 44<br>Unifirst<br>16434 Pioneer Blvd<br>Norwalk CA 90650 | X | C | 2009<br>Pers. guaranty of corporate debt<br>Re: Dida Enterprises Corporation | X | X | X | $ 729.61 |
| Account No: 2634<br>Creditor # : 45<br>United Rentals<br>450 Glass Lane, #C<br>Modesto CA 95356 | X | C | 12/2008<br>Pers. guaranty of corporate debt<br>Re: Dida Enterprises Corporation | X | X | X | $ 1,372.86 |

Sheet No. 7 of 8 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 3,528.47

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)    - Cont.

In re _Boley, Keith David and Boley, Diana Louise_____,    Case No._____
             **Debtor(s)**                                                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 46 Wayne M. Allen, Inc. 49-633 Redford Lane Indio CA 92201 | | C | Pers. guaranty of corporate debt Re: Dida Enterprises Corporation | X | X | X | $ 241,941.00 |
| Account No: Representing: Wayne M. Allen, Inc. | | | Atwell, Esq., Bruce W. 15615 Alton Pkwy., #210 Irvine CA 92618 | | | | |
| Account No: Creditor # : 47 Wayne M. Allen, Inc. 49-633 Redford Lane Indio CA 92201 | X | C | 2003 - 2008 Judgment Re: Dida Enterprises Corporation | | | | $ 646,407.36 |
| Account No: Representing: Wayne M. Allen, Inc. | | | Atwell, Esq., Bruce W. 15615 Alton Pkwy., #210 Irvine CA 92618 | | | | |
| Account No: Creditor # : 48 West Coast Directory 23181 Verdogo Drive #105-a Laguna Hills CA 92653 | X | C | 2008 - 2009 Pers. guaranty of corporate debt Re: Dida Enterprises Corporation | X | X | X | $ 5,435.00 |
| Account No: Creditor # : 49 Western Drain 1173 N. Kramer Anaheim CA 92806-1923 | X | C | 2/2008 Pers. guaranty of corporate debt Re: Dida Enterprises Corporation | X | X | X | $ 712.28 |

Sheet No. _8_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 894,495.64

Total $    $ 1,143,032.23

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6G (Official Form 6G) (12/07)

In re **Boley, Keith David and Boley, Diana Louise** _____ / Debtor    Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re **Boley, Keith David and Boley, Diana Louise** _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Dida Enterprises Corporation*<br>*1024 S.E. Skyline Dr.*<br>*Santa Ana CA  92705* | *Alpine Leasing*<br>*P. O. Box 13008*<br>*Newport Beach CA   92658-0429*<br><br>*American Ace*<br>*1620 N. Main St.*<br>*Orange CA   92867*<br><br>*AT&T Advertising*<br>*c/o Stuart A. Katz, Esq.*<br>*20281 SW Birch St., #100*<br>*Newport Beach CA   92660*<br><br>*Bank of America*<br>*P. O. Box 15019*<br>*Wilmington DE   19886-5019*<br><br>*Beverly Buck*<br>*216 N. Berniece*<br>*Anaheim CA   92801-5341*<br><br>*Call Yellow*<br>*23332 Mill Creek Dr., #250*<br>*Laguna Hills CA   92653*<br><br>*Dale Staib*<br>*P.O. Box 3886*<br>*San Dimas CA   91773*<br><br>*Dispatch Pro*<br>*P. O. Box 600264*<br>*San Diego CA   92160*<br><br>*Dun & Bradstreet*<br>*P. O. Box 01793*<br>*Chicago IL   60675-1793* |

B6H (Official Form 6H) (12/07)

In re *Boley, Keith David and Boley, Diana Louise* _____ / Debtor     Case No. _____
                                                                                      (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Dida Enterprises Corporation...continued* | *Express Pipe & Supply*<br>*c/o Philip C. Zvonicek, Esq.*<br>*1880 Century Park E., 12th Fl.*<br>*Los Angeles CA  90067*<br><br>*Fedex*<br>*P.O. Box 7221*<br>*Pasadena CA  91109-7321*<br><br>*Ferguson Enterprises, Inc.*<br>*c/o Hollins Schechter*<br>*1851 E. First St., 6th Fl.*<br>*Santa Ana CA  92705*<br><br>*HD Supply*<br>*13591 Harbor Blvd.*<br>*Garden Grove CA  92843*<br><br>*Hirsch Pipe & Supply*<br>*15025 Oxnard St., #200*<br>*Van Nuys CA  91411*<br><br>*Idearc Media*<br>*P. O. Box 619009*<br>*DFW Airport*<br>*Dallas TX  75261-9009*<br><br>*Idearc Media*<br>*P. O. Box 619009*<br>*DFW Airport*<br>*Dallas TX  75261-9009*<br><br>*Idearc Media*<br>*P. O. Box 619009*<br>*DFW Airport*<br>*Dallas TX  75261-9009*<br><br>*Idearc Media*<br>*P. O. Box 619009*<br>*DFW Airport*<br>*Dallas TX  75261-9009*<br><br>*Infinity Acceptance Group*<br>*7863 La Mesa Blvd., #100*<br>*La Mesa CA  91941* |

B6H (Official Form 6H) (12/07)

In re *Boley, Keith David and Boley, Diana Louise* _____ / Debtor      Case No. _____

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
| --- | --- |
| *Dida Enterprises Corporation...continued* | *Irvine Pipe & Supply*<br>*2501 South Main St.*<br>*Santa Ana CA  92707*<br><br>*KRM Risk Management*<br>*4270 West Richert, #101*<br>*Fresno CA  93722*<br><br>*Legacy Directories*<br>*P. O. Box 3297*<br>*Dana Point CA  92629-3297*<br><br>*Mars Work Ware*<br>*P. O. Box 13769*<br>*Macon GA  31208*<br><br>*Martin Associates Brokerage*<br>*1495 E. Warner Ave.*<br>*Santa Ana CA  92705*<br><br>*MBF Leasing*<br>*132 West 31st, 14th Fl.*<br>*New York NY  10001-3405*<br><br>*Millennium Alarm*<br>*5777 W. Century Blvd.*<br>*Los Angeles CA  90045*<br><br>*Money Mailer*<br>*843 Glentana Ave.*<br>*Covina CA  91722-3617*<br><br>*Mr. Rooter Plumbing*<br>*1020 N. University Parks Dr.*<br>*Waco TX  76707*<br><br>*My Community*<br>*27473 Jasmine Ave.*<br>*Mission Viejo CA  92692*<br><br>*Office Depot*<br>*Processing Center*<br>*Des Moines IA  50364-001*<br><br>*Oliver - Mahon Asphalt, Inc.*<br>*182 Wells Place*<br>*Costa Mesa CA  92627* |

B6H (Official Form 6H) (12/07)

In re _Boley, Keith David and Boley, Diana Louise_ _____ / Debtor       Case No. _____
                                                                                    (if known)

## SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Dida Enterprises Corporation...continued_ | _Pipe Scope_<br>_33421 Galeon Way_<br>_Dana Point CA   92629_<br><br>_Plumbers Warehouse_<br>_Dept. 0893_<br>_Los Angeles CA   90084-0894_<br><br>_Relining Technologies_<br>_1036 W. Taft Ave._<br>_Orange CA   92865-4121_<br><br>_Select Trenchless Pipelines_<br>_283 Winfield Circle_<br>_Corona CA   92880_<br><br>_Staib Backhoe & Excavation_<br>_P. O. Box 3886_<br>_San Dimas CA   91773_<br><br>_Systems & Methods_<br>_1940 Gaedena Ave._<br>_Glendale CA   91204_<br><br>_Trench Plate Rental Co._<br>_13217 Laureldale Ave._<br>_Downey CA   90242_<br><br>_Trimble / At Road_<br>_P. O. Box 39000 Dept 33209_<br>_San Francisco CA_<br><br>_Unifirst_<br>_16434 Pioneer Blvd_<br>_Norwalk CA   90650_<br><br>_United Rentals_<br>_450 Glass Lane, #C_<br>_Modesto CA   95356_<br><br>_Wayne M. Allen, Inc._<br>_49-633 Redford Lane_<br>_Indio CA   92201_ |

B6H (Official Form 6H) (12/07)

In re *Boley, Keith David and Boley, Diana Louise* _____ / Debtor   Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Dida Enterprises Corporation...continued* | *West Coast Directory*<br>*23181 Verdogo Drive #105-a*<br>*Laguna Hills CA  92653*<br><br>*Western Drain*<br>*1173 N. Kramer*<br>*Anaheim CA  92806-1923* |

B6I (Official Form 6I) (12/07)

In re *Boley, Keith David and Boley, Diana Louise*                           ,          Case No. _____
                                    **Debtor(s)**                                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: *Married* | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Self-employed* | *Self-employed* |
| Name of Employer | *Skyline Construction* | *DIDA Enterprises* |
| How Long Employed | *10 years* | *6 years* |
| Address of Employer | *1024 S.E. Skyline Drive Santa Ana CA 92705* | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 42,080.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 42,080.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ 42,080.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 42,080.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J(Official Form 6J)(12/07)

In re *Boley, Keith David and Boley, Diana Louise* _____ ,    **Case No.** _____

                         **Debtor(s)**                                                              **(if known)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 4,668.00 |
|     a. Are real estate taxes included?  Yes ☒  No ☐ | | |
|     b. Is property insurance included?  Yes ☒  No ☐ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 500.00 |
|     b. Water and sewer | $ | 200.00 |
|     c. Telephone | $ | 200.00 |
|     d. Other  *Cable* | $ | 100.00 |
|     Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 500.00 |
| 4. Food | $ | 0.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 300.00 |
| 8. Transportation (not including car payments) | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | 0.00 |
|     b. Life | $ | 390.00 |
|     c. Health | $ | 800.00 |
|     d. Auto | $ | 230.00 |
|     e. Other | $ | 0.00 |
|     Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 2,100.00 |
|     b. Other: | $ | 0.00 |
|     c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 33,868.00 |
| 17. Other: | $ | 0.00 |
|     Other: | $ | 0.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES   Total lines 1-17. Report also on Summary of Schedules | $ | 44,556.00 |
|    and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|     a. Average monthly income from Line 16 of Schedule I | $ | 42,080.00 |
|     b. Average monthly expenses from Line 18 above | $ | 44,556.00 |
|     c. Monthly net income (a. minus b.) | $ | (2,476.00) |

9:35 PM

05/27/09

Cash Basis

# Skyline Construction
# Profit & Loss
### October 31, 2008 through April 30, 2009

|  | Oct 31, '08 - Apr 30, 09 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Construction Income** | 252,480.95 |
| **Interest Income** | 2.03 |
| **Total Income** | 252,482.98 |
| | |
| **Cost of Goods Sold** | |
| **Construction Materials Costs** | 35,264.78 |
| **Labor** | 19,280.00 |
| **Landscaping** | 3,585.00 |
| **Net Payroll Disbursement** | 18,262.01 |
| **Payroll Liabilities** | 8,138.10 |
| **Security** | 900.00 |
| **Subcontractors Expense** | 83,929.60 |
| **Total COGS** | 169,359.49 |
| | |
| **Gross Profit** | 83,123.49 |
| | |
| **Expense** | |
| **Auto and Truck Expenses** | 2,903.98 |
| **Bank Service Charges** | 53.00 |
| **Computer Expense** | 109.69 |
| **Fees** | 0.08 |
| **Fuel** | 565.85 |
| **Insurance Expense** | |
| **Auto Insurance** | 426.00 |
| **Health Insurance** | 1,792.00 |
| **Liability Ins** | 472.00 |
| **Life Insurance** | 960.99 |
| **Medical Insurance** | 2,090.00 |
| **Travel Insurance** | 64.36 |
| **Total Insurance Expense** | 5,805.35 |
| | |
| **License & Permits** | 706.97 |
| **Meals and Entertainment** | 2,186.17 |
| **Medical Expense** | 305.00 |
| **Miscellaneous Expense** | 236.62 |
| **Office Supplies** | 480.15 |
| **Postage and Delivery** | 46.02 |
| **Professional Fees** | |
| **Legal Fees** | 1,157.25 |
| **Professional Fees - Other** | 2,479.28 |
| **Total Professional Fees** | 3,636.53 |
| | |
| **Promotions** | 806.52 |
| **Taxes** | 1,825.00 |
| **Telephone Expense** | 8,017.06 |
| **Tolls & Parking Fees** | 158.56 |
| **Travel Expense** | 3,602.32 |
| **Uniforms** | 916.09 |
| **Utilities** | 1,492.27 |
| **Total Expense** | 33,853.23 |
| | |
| **Net Ordinary Income** | 49,270.26 |
| | |
| **Net Income** | **49,270.26** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Boley, Keith David and Boley, Diana Louise**
_____
Debtor

Case No. _____
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of     __30__ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _7/7/2009_____          Signature _/s/ Boley, Keith David_____
                                                                        **Boley, Keith David**

Date: _7/7/2009_____          Signature _/s/ Boley, Diana Louise_____
                                                                        **Boley, Diana Louise**

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

In re: **Boley, Keith David**  
    **dba Skyline Construction**  
    **fdba D&D Sales**  
    **and**  
    **Boley, Diana Louise**  
    **aka faw Dida Enterprises Corp. dba Mr.Rooter**  
    **aka fdba D & D Sales**

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2007 - $23,200.00 | *Wife - Dida Enterprises Corporation* |
| 2008 - $ -0- | *Wife - Dida Enterprises Corporation* |
| 2009 - $ -0- | *Wife - Dida Enterprises Corporation* |

| AMOUNT | SOURCE |
|---|---|
| 2007 - $10,850.00 | *Husband - Dida Enterprises Corporation* |
| 2007 - $60,793.00 | *Husband - Skyline Construction (net profit)* |
| 2008 - $28,000.00 (estimated) | *Husband - Skyline Construction (net profit)* |
| 2009 - $48,000.00 (estimated) | *Husband - Skyline Construction (net profit)* |

## 2. Income other than from employment or operation of business

None ☒ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 3. Payments to creditors

None ☐ Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *Countrywide* | *4/1/09* | *$4,668.00* | *$1,116,926.00* |
| | *5/1/09* | *$4,668.00* | |
| | *6/1/09* | *$4,668.00* | |
| | *7/1/09* | *$4,668.00* | |
| *Bank of America (Re:  Motorhome)* | *4/1/09* | *$862.00* | *$108,000.00* |
| | *5/1/09* | *$862.00* | |
| | *6/1/09* | *$862.00* | |
| | *7/1/09* | *$862.00* | |

None ☒ b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒ c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Wayne M. Allen, Inc. vs. Mr. Rooter Plumbing, Keith David Boley, et al. Case No. 30-2008-00109337* | *Suit for money.* | *Orange County Superior Court - Central Justice Center* | *Judgment.* |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Ferguson Enterprises, Inc. vs. Dida Enterprises Corporation* | **Breach of contract.** | *Orange County Superior Court – Central Justice Center* | *Judgment.* |
| *AT&T Advertising, L.P. vs. Dida Enterprises Corporation 30-2008-00110875* | **Suit for money.** | *Orange County Superior Court – Central Justice Center* | *Pending.* |

None ☒   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☒   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☒   a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☒   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☒   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Michael G. Spector*<br>*Address:*<br>*2677 N. Main St., Suite 800*<br>*Santa Ana, CA 92705* | *Date of Payment:*<br>*Payor: Boley, Keith David* | *$4,000.00* |

## 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *Transferee: Wayne Allen*<br>*Address: 49-633 Redford Lane*<br>*Indio, CA 92201*<br>*Relationship:* | *1/2009* | *Property: IRA - Ameriprise*<br>*Value: $25,000.00* |

None ☒ b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☒ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☒ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☒ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

None ☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| *Dida Enterprises Corporation* | *ID: 02-0656002* | *1024 S.E. Skyline Dr Santa Ana, CA 92705* | *Plumbing repair* | *1/3/03 - 6/15/09* |
| *Skyline Construction* | *ID: XXX-XX-5074* | *1024 S.E. Skyline Dr. Santa Ana, CA 92705* | *Construction.* | *1999 - present* |

None ☒   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

### 19. Books, records and financial statements

None ☒   a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☒   b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                      ADDRESS

*Keith and Diana Boley*        *1024 S.E. Skyline Drive Santa Ana, CA 92705*

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

| NAME | ADDRESS | DATES ISSUED |
|------|---------|--------------|
| *Bank of America* | *P. O. Box 538610*<br>*Atlanta, GA 30353-8610* | *Dates: 1/2008* |

## 20. Inventories

None ☒    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distribution by a corporation

None ☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

Statement of Affairs - Page 7

**24. Tax Consolidation Group.**

None
☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None
☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    7/ 7/2009          Signature    /s/ Boley, Keith David
                            of Debtor

Date    7/ 7/2009          Signature    /s/ Boley, Diana Louise
                            of Joint Debtor
                            (if any)